# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

December 19, 2022

_____

DOCKET CORRECTION NOTICE

_____

No.  21-2051,     Justin Adkins v. CSX Transportation, Inc.
                  3:18-cv-00321

TO:    Appellants

**FILING CORRECTION DUE:  December 20, 2022**

Please make the correction identified below and file a corrected document by the date indicated.

[✓] Incorrect event used. Please refile document using **BRIEF** entry, selecting *Reply* as the brief type within the entry.

Karen Stump, Deputy Clerk
804-916-2704