# FOURTH CIRCUIT ORAL ARGUMENT ACKNOWLEDGMENT

This **Oral Argument Acknowledgment** form is to be completed and filed by arguing counsel within 7 days of the Oral Argument Notification. In criminal cases, counsel appearing for a defendant but not arguing must also file this form.

Case Number: 21-2051   Date of Oral Argument: 05/04/23

Caption: Justin Adkins v. CSX Transportation, Inc.

Attorney Arguing: Jeff Dingwall and Greg Paul

Arguing on Behalf of (party name):
Justin Adkins

Select party type:
☑ Appellant   ☐ Appellee   ☐ Appellant/Cross-Appellee   ☐ Appellee/Cross-Appellant   ☐ Amicus   ☐ Intervenor

Attorney Appearing for Defendant but **Not Arguing** in Consolidated Criminal Case:

**Argument Time:** Please indicate how much argument time you wish to use. You may thereafter change your requested time or change counsel arguing by filing a new **Oral argument acknowledgment** form and selecting "Amended" within the entry. Counsel arguing the case must be admitted to the Fourth Circuit, file an appearance of counsel form, and file this acknowledgment form.

→20 minutes of argument time are allotted per side; all parties to a side must share oral argument time
→15 rather than 20 minutes are allotted in social security, black lung & labor cases in which primary issue is whether substantial evidence supports agency decision, and in criminal cases in which primary issue is application of sentencing guidelines; 30 minutes are allotted in en banc cases
→Appellants and cross-appellants may reserve up to 1/3 of their time for rebuttal (7 out of 20 minutes)

First Attorney Arguing Per Side: Jeff Dingwall
Phone Number (day of argument): 858-361-9930

Principal Argument Time: 7   Rebuttal Argument Time (if any): 3
(for appellants and appellees)   (appellants and cross-appellants only)

Any Second Attorney Sharing Arguing Time: Greg Paul
Phone Number (day of argument): 412-417-5862

Principal Argument Time: 7   Rebuttal Argument Time (if any): 3
(for appellants and appellees)   (appellants and cross-appellants only)

Any Counsel for Amicus Participating in Argument by Leave of Court:

Phone Number (day of argument):

Argument Time:    Select one of the following: ☐ Order allowing argument time
                                                ☐ Court-Appointed Amicus

Signature: s/Jeff R. Dingwall     Date: 03/22/23

03/08/2022 SCC