# FOURTH CIRCUIT ORAL ARGUMENT ACKNOWLEDGMENT

This **Oral Argument Acknowledgment** form is to be completed and filed by arguing counsel within 7 days of the Oral Argument Notification. In criminal cases, counsel appearing for a defendant but not arguing must also file this form.

Case Number: 21-2051

Date of Oral Argument: 05/04/23

Caption: Justin Adkins, et al. v. CSX Transportation, Inc., et al.

Attorney Arguing: Brian D. Schmalzbach

Arguing on Behalf of (party name):
CSX Transportation, Inc.; Craig S. Heligman, M.D.; Gus Thoele; Curt Shogren; Milton Storm; Delando Jones; Tom DeAngelo; Shawn Lusk; Elizabeth Creedon; Kenneth Ray Emerson

Select party type:
☐ Appellant  ☑ Appellee  ☐ Appellant/Cross-Appellee  ☐ Appellee/Cross-Appellant  ☐ Amicus  ☐ Intervenor

Attorney Appearing for Defendant but **Not Arguing** in Consolidated Criminal Case:

**Argument Time:** Please indicate how much argument time you wish to use. You may thereafter change your requested time or change counsel arguing by filing a new **Oral argument acknowledgment** form and selecting "Amended" within the entry. Counsel arguing the case must be admitted to the Fourth Circuit, file an appearance of counsel form, and file this acknowledgment form.
→ 20 minutes of argument time are allotted per side; all parties to a side must share oral argument time
→ 15 rather than 20 minutes are allotted in social security, black lung & labor cases in which primary issue is whether substantial evidence supports agency decision, and in criminal cases in which primary issue is application of sentencing guidelines; 30 minutes are allotted in en banc cases
→ Appellants and cross-appellants may reserve up to 1/3 of their time for rebuttal (7 out of 20 minutes)

First Attorney Arguing Per Side: Brian D. Schmalzbach
Phone Number (day of argument): (703) 864-7326
Principal Argument Time: 20
(for appellants and appellees)
Rebuttal Argument Time (if any):
(appellants and cross-appellants only)

Any Second Attorney Sharing Arguing Time:
Phone Number (day of argument):
Principal Argument Time:
(for appellants and appellees)
Rebuttal Argument Time (if any):
(appellants and cross-appellants only)

Any Counsel for Amicus Participating in Argument by Leave of Court:
Phone Number (day of argument):
Argument Time:
Select one of the following:  ☐ Order allowing argument time   ☐ Court-Appointed Amicus

Signature: /s/ Brian D. Schmalzbach      Date: 03/22/23

03/08/2022 SCC